BREWSTER & Co., Appellant, *v.* THE LONG ISLAND RAILROAD COMPANY, Respondent.

*Brewster & Co.* v. *Long Island R. R. Co.*, 146 App. Div. 921, affirmed.
(Submitted December 12, 1913; decided December 30, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 16, 1911, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover

for injury to personal property alleged to have been occasioned through the negligence of defendant.

*John A. Garver* for appellant.

*Henry A. Uterhart* and *Joseph F. Keany* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.